UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
BANCO CREDIT SUISSE (MEXICO), S.A.  :
and CASA DE BOLSA CREDIT SUISSE     :
(MEXICO), S.A. DE C.V.,             :
                                    :
                Petitioners,            :
                                    :  Case No. 25 Civ. 03020 (DEH)
   -against-                       :
                                    :
RAFAEL HELGUERO RUIZ,               :  **JUDGMENT**
                                    :
                Respondent.            :
-------------------------------------------------------- X

      It is hereby ORDERED, ADJUDGED AND DECREED:   That for the reasons stated in the Court's Memorandum Order, entered on October 20, 2025 [ECF 16], Petitioners' Petition to confirm the arbitration award is GRANTED as follows:  The Clerk of the Court is directed to enter judgment in favor of Petitioners in the amount of $7,117.50, the outstanding balance due under the Award. Pre-judgment interest will accrue from the time of the Award through the date of this Judgment at the statutory rate pursuant to N.Y. C.P.L.R. § 5004 amounting to $386.10 in pre-judgment interest as of November 3, 2025. Post-judgment interest will accrue from the date of this Judgment until paid at the statutory rate pursuant to 28 U.S.C. § 1961. Accordingly, the case is closed.

Dated: New York, New York
       November 3, 2025

                                              BY: _____
                                                           **Dale E. Ho**
                                                           **United States District Judge**